**MEMO ENDORSED**

# Law Offices of
# Daniel A. Hochheiser
ATTORNEY AT LAW
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

October 13, 2021

Via ECF
Hon. Nelson S. Román
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *USA v. Spyros Panos*, 13 CR 800 (NSR)
      REQUEST TO RELIEVE RETAINED COUNSEL
      AND APPOINT CJA COUNSEL FOR VOSR MATTER

Your Honor:

    I am assigned counsel to Spyros Panos in the underlying case pending sentence before Judge Karas [USA v. Spyros Panos, 18 CR 581 (KMK)]. Panos is scheduled to be sentenced by Judge Karas on January 11, 2022. Panos had been represented in the case before Judge Karas by Lawrence Fisher, Esq. Judge Karas relieved Mr. Fisher and appointed me as CJA counsel to Panos this past November. Mr. Fisher, however, was never relieved of representation of Panos in connection with the Violation of Supervised Release (VOSR) matter pending before Your Honor. I have consulted with Panos. He requests that the Court relieve Mr. Fisher and appoint me as CJA counsel to handle the VOSR matter which arises out of the same set of facts as the case I am assigned to before Judge Karas.

                        Respectfully submitted,

                        Daniel A. Hochheiser

Cc: all counsel via ECF

---

Defendant's request to relieve retained counsel Lawrence Fisher and appoint CJA counsel Daniel Hochheiser in this VOSR is GRANTED. The Court notes that a Financial Affidavit was approved by Judge Karas and filed in 18 cr 581 (KMK). Mr. Fisher is directed to forward his file to Mr. Hochheiser ASAP. Clerk of Court is requested to terminate the motion (doc. 55).
Dated: White Plains, NY
        Jan. 18, 2022

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/2022