UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

|                        |                         |
|------------------------|-------------------------|
| USA,                   | **RESCHEDULING ORDER**  |
| - against -            | 13 Cr. 800 (NSR)        |
| SPYROS PANOS,          |                         |
| Defendant(s).          |                         |

--------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

Due to an adjournment of the sentencing in the underlying criminal action, the telephonic VOSR Conference scheduled for May 11, 2022 is hereby

ORDERED **rescheduled until July 7, 2022 at 12:00 noon. The VOSR Conference is converted from telephonic to in-person.**

In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest**.

SO ORDERED.

Dated: White Plains, New York
       May 9, 2022

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/2022