**MEMO ENDORSED**

Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K<br>
Brooklyn, New York 11230<br>
t: (718) 783-3682<br>
e: ezra@spilkelaw.com<br>
www.spilkelaw.com

October 20, 2022

By ECF
The Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plain, New York 10601

Re:   *United States v. Spyros Panos*, Nos. 18 Cr. 581 (KMK), 13 Cr. 800 (NSR) (S.D.N.Y.)

Dear Judge Román:

  I write to respectfully request an adjournment of the October 26, 2022, VOSR hearing of Spyros Panos. Because of a quarantine of Panos's unit at the Westchester County Department of Correction, Judge Karas adjourned sentencing in the companion case to November 30, 2022 at 10:00 AM. Judge Karas's endorsed order is enclosed. In light of that adjournment, Panos requests an adjournment of the VOSR hearing in this case to some time after the November 30 sentencing in the companion action. I have conferred with counsel for the government, Lindsey Keenan, who has no objection to this application. The Court's attention to this matter is greatly appreciated.

Respectfully submitted,<br><br>
/s/ Ezra Spilke

encl.
cc: All counsel of record, by ECF
   Spyros Panos, by U.S.P.S.

---

**Deft's request for an adjournment of the in-person VOSR hearing (13cr800-NSR) from Oct. 26, 2022 until Dec. 14, 2022 at 2:00 pm is GRANTED without objection by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 68.**
**Dated: White Plains, NY**
  **Oct. 20, 2022**

**SO ORDERED:**

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2022

# Law Offices of Ezra Spilke

MEMO ENDORSED

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

October 13, 2022

**By ECF**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plain, New York 10601

Re: *United States v. Spyros Panos*, No. 18 Cr. 581 (S.D.N.Y.)

Dear Judge Karas:

I write to respectfully request a thirty-day adjournment of the October 19, 2022, sentencing hearing of Spyros Panos. On Monday, I learned that the unit on which Panos is housed is in quarantine due to a positive Covid diagnosis of an inmate on that unit. Due to the quarantine, I have been unable to schedule video visits with Panos, let alone in-person visits. Panos is allowed out of his cell only one hour per day and, during that period, must share the use of the phone with everyone else on his unit. In sum, communication during this critical period is not possible. Moreover, it is my understanding that inmates on quarantined units will not be produced for Court. Thus, if the quarantine continues to the 19th, it will not be possible to proceed.

Accordingly, I am respectfully requesting an adjournment of sentencing to a date in mid-November. I have conferred with counsel for the government, Lindsey Keenan, who has no objection to this application.

Respectfully submitted,

/s/ Ezra Spilke

cc: All counsel of record, by ECF
Spyros Panos, by U.S.P.S.

Granted.

Sentence is adjourned to 11/30/22, at 10:00

So Ordered.

10/13/22